```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,     )
                                  )   CR. NO. S-04-348 DFL
10            Plaintiff,          )
                                  )   PLAINTIFF'S MOTION TO DISMISS
11       v.                       )   INDICTMENT AND ORDER THEREON
                                  )
12  WAYNE LIVERNOIS,              )
                                  )
13            Defendant.          )   Court:  Hon. David F. Levi
    _____ )
14
```

Plaintiff United States of America hereby respectfully moves the Court for an order dismissing the Indictment in this case. This motion is based on the grounds that: (1) the United States and defendant Wayne Livernois have settled this case by entering into a written plea agreement; (2) on March 17, 2005, Livernois pled guilty to a misdemeanor violation of 18 U.S.C. § 1361, depredation of United States property, before United States Magistrate Judge Kimberly Mueller, pursuant to the parties' plea agreement; and (3) on May 19, 2005, Magistrate Judge Mueller

///
///
///

imposed judgment and sentence upon Livernois based on his misdemeanor conviction.

DATED: May 26, 2005

McGREGOR W. SCOTT
United States Attorney

By: _____
SAMUEL WONG
Assistant U.S. Attorney

_____

ORDER

The Court having received, read, and considered the motion to dismiss the Indictment filed by plaintiff United States of America, and good cause appearing therefrom.

It is hereby ordered that the Indictment is dismissed.

Dated: 5/27/2005

_____
DAVID F. LEVI
United States District Judge